Jon R. Binney, Esq.
I.D. #2895
BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253
Telephone: (406) 541-8020
Fax: (406) 543-5023
E-Mail Address: jon@binneylaw.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | ) | |
| RENASCENT, INC. | ) | Case No: 10-62358-11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SECOND MOTION TO CONTINUE HEARING
ON DISCLOSURE STATEMENT**

COMES NOW the Debtor-in-Possession, Renascent, Inc., by and through its counsel of record, Jon R. Binney, and hereby moves the Court to continue the June 9, 2011 hearing on approval of the Debtor-in-Possession's Disclosure Statement and any objections thereto, until September 20, 2011 @ 9:00 a.m. Counsel for the Debtor-in-Possession has conferred with Neal G. Jensen, at the Office of the United States Trustee who consents to this Motion. The reasons for this request are as follows:

1. Objection to claims of Sullway Construction, Inc. and Anaconda-DeerLodge County have been filed and the resolution of those matters will impact Debtor's Disclosure Statement.

2. Debtor has employed John Amsden as special counsel for the purpose of investigating claims against Thornburg Mortgage Securities/BAC Home Loan Servicing. It is anticipated an

Adversary Proceeding will be filed in that matter which will impact Debtor's Disclosure Statement.

 3. Exchanges have occurred between Ross Richardson, Court appointed Special Litigation Master, and Edward A. Murphy, counsel for Keldan Corporation, regarding the transfer of funds between Renascent, Inc. and Keldan Corp. Whether this matter is settled or proceeds to litigation will have a significant impact on the Disclosure Statement.

 4. There continue to be offers on the real property held by Renascent, Inc. that have not been acceptable to date which would be of importance to the Disclosure Statement.

 WHEREFORE, the parties request and move the Court to vacate the current hearing on Debtor's Disclosure Statement set for June 9, 2011 until September 20, 2011 @ 9:00 am for the above stated reasons.

 DATED this 26th day of May, 2011.

        BINNEY LAW FIRM, P.C.
        P.O. Box 2253
        Missoula, MT 59806-2253
        Telephone: (406) 541-8020
        Fax: (406) 543-5023
        Attorneys for Debtor

        /s/ Jon R. Binney
         Jon R. Binney

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify, under penalty of perjury that on the 26th day of May, 2011, a true copy of the foregoing document was served by mail to the following individuals by depositing a copy of the same in the U.S. Mail postage prepaid thereon, addressed as follows, unless otherwise indicated below:

US Trustee
Neal G. Jensen (via ECF)


                 /s/ Melissa E. Colonomos