UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**RENASCENT, INC**,

Debtor.

Case No. **10-62358-11**

# O R D E R

At Butte in said District this 26th day of May, 2011.

In this Chapter 11 case a hearing on approval of the Debtor's Disclosure Statement is scheduled to be held at Missoula on June 9, 2011. On May 26, 2011, Debtor filed a second motion to continue the hearing, stating that the U.S. Trustee consents. Upon review, the Court finds that the motion to continue is filed for good cause.

**IT IS ORDERED** Debtor's second motion to continue, filed May 26, 2011 (Docket No. 89) is granted; the hearing on approval of the Debtor's Disclosure Statement scheduled for June 9, 2011, is continued; and **NOTICE IS HEREBY GIVEN** the hearing on approval of the Debtor's Disclosure Statement, and any objections thereto, will be held on **Tuesday, September 20, 2011, at 9:00 a.m.**, or as soon thereafter as counsel can be heard, in the **BANKRUPTCY**

1

**COURTROOM #200A, RUSSELL SMITH COURTHOUSE, 201 E. BROADWAY, MISSOULA, MT.**

**IT IS FURTHER ORDERED** that in accordance with Mont. LBR 5071-1(c), Debtor's counsel shall have through June 1, 2011, to serve this Order on all creditors and other parties in interest; and counsel shall file a certificate of service with the Court on or before June 1, 2011, verifying that this Order was indeed timely served on all creditors and other parties in interest.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana