# (LAND) BUY-SELL AGREEMENT



1  This Agreement stipulates the terms of sale of this property. Read carefully before signing. This is a legally
2  binding contract. If not understood, seek competent advice.

4  _____Missoula_____, Montana, (date) _____June 9, 2011_____.
5  _____Marcia L. Burrows or assigns_____, as
6  ☐ joint tenants with rights of survivorship, ☐ tenants in common, ☐ single in his/her own right, ☒ Other _____
7  _____ (hereinafter called "Buyer") agrees to purchase, and the Seller agrees to sell the following described real
8  property (hereinafter referred to as "Property"), commonly known as _____
9  276 Forest Hill Road (a portion of 320 acres platted into 6 parcels per MLS 10007720)
10  in the City of _____Hamilton_____, County of _____Ravalli_____,
11  Montana, legally described as:
12  S16 T04N R21W, W2NENE Index 9 Tract 4, E2NENE Index 8 Tract 5, SENE
    Index 1 Tract 3-B. CS#5915-TR &/or CS#603100-F (This is all to be
    confirmed and detailed by the title company)
15  TOGETHER with all interest of Seller in vacated streets and alleys adjacent thereto, all easements and other
16  appurtenances thereto, uncut timber and non-harvested crops and all improvements thereon except:
17  _____.

19  **PERSONAL PROPERTY:** The following items of personal property, free of liens and without warranty of condition, are
20  included and shall be transferred by the bill of sale: _____
21  _____.

23  **PURCHASE PRICE AND TERMS:**
24  Total purchase price is _____Seven Hundred Fifty Thousand_____
25  U.S. Dollars ($ _____750,000.00_____) payable as follows:
26  $ _____25,000.00_____ earnest money to be applied at closing.
27  $ _____725,000.00_____ as additional cash payment, payable on or before closing.
28  $ _____.00_____ balance of the purchase price will be financed as follows:
29  ☐ Conventional  ☐ Other Financing  ☐ Seller Financing  ☐ Assumption  ☐ Home equity
30  This $25,000 earnest money is on deposit at Stewart Title in Missoula
    Montana and shall be transferred to First American Title in Hamilton
    upon going under contract.

43  **CLOSING DATE:** The date of closing shall be (date) _____on or before June 30, 2011_____. The parties may, by
44  mutual agreement, agree to close the transaction at any time prior to the date specified. The Buyer and Seller will
45  deposit with the closing agent all instruments and funds necessary to complete the purchase in accordance with this
46  Agreement.

48  **POSSESSION:** Seller shall deliver to Buyer possession of the property and allow occupancy:
49      ☐ when the closing agent is in receipt of all required, signed documents and all funds necessary
50        for the purchase; OR
51      ☒ on the date of recording the deed, notice of purchaser's interest, OR
52      ☐ _____
53  Seller shall provide keys and/or means to operate locks, mailboxes, security systems, alarms, garage door opener(s),
54  and Homeowner's Association facilities, if applicable.

MLB
Buyer's Initials

©MONTANA ASSOCIATION OF REALTORS®
Land Buy-Sell Agreement, March 2010

Page 1 of 7
Seller's Initials

EXHIBIT 1

55 **RECEIPT OF EARNEST MONEY:** Buyer agrees to provide Earnest Money in the amount of _____
56 __Twenty-Five Thousand__ U.S. Dollars ($ __25,000.00__ ) as evidenced by ☐ Cash,
57 the receipt of which is acknowledged by the undersigned Broker/Salesperson; OR ☐ Check, the receipt of which is
58 acknowledged by the undersigned Broker/Salesperson; ☒ OR, __On deposit at Stewart Title__
59 _____
60 If Buyer fails to pay the Earnest Money as set forth above, Buyer will be in default of this Agreement and Seller shall be
61 entitled to immediately terminate this Agreement and declare any Earnest Money already paid by Buyer to be forfeited.

63 All parties to this transaction agree, unless otherwise provided herein, that the earnest monies will be deposited
64 pursuant to Montana Law OR within (_____) business days of the date all parties have signed the Agreement or
65 _____
66 and such funds will be held in a trust account by __Stewart Title__ .
67 Parties agree that interest accruing on earnest money, if any, while deposited shall be payable to: _____
68 _____.
69 If interest is payable to the Broker it is agreed that sums so paid are consideration for services rendered.
70 __Jim & Jeremy Betty__     __(406)370-7474__ _____
71 (Broker/Salesperson's Printed Name and Phone Number)     (Signature of Broker/Salesperson)
72 To be signed only if in actual receipt of Cash or Check.

74 The parties authorize the holder of the earnest money to forward to the closing agent, upon its request, all or any
75 portion of the earnest money required to complete the closing of the transaction.

77 **FINANCING CONDITIONS AND OBLIGATIONS:**

79    **BUYER'S REPRESENTATION OF FUNDS:** Buyer represents that they have sufficient funds for the down
80    payment and closing costs to close this sale in accordance with this Agreement and are not relying upon any
81    contingent source of such funds unless otherwise expressly set forth herein.

83    **LOAN APPLICATION:** If Buyer fails to make written application for financing and pay to the lender any
84    required fees, apply for assumption of an existing loan or contract, or initiate any action required for
85    completion of a contract for deed by 5:00 P.M. (Mountain Time) (date) __NA__
86    Buyer will be in breach of this Agreement and Seller can exercise Seller's remedies under this Agreement.

88 **CONTINGENCIES:** The contingencies set forth in this Agreement or on attached addenda shall be deemed to have
89 been released, waived, or satisfied, and the transaction shall continue to closing, unless, by 5:00 p.m. (Mountain Time)
90 on the date specified for each contingency, the party requesting that contingency has notified the other party or the
91 other party's Broker/Salesperson in writing that the contingency is not released, waived, or satisfied. If a party has
92 notified the other party on or before the release date that a contingency is not released, waived, or satisfied, the
93 transaction is terminated, and the earnest money will be returned to the Buyer, unless the parties negotiate other terms
94 or provisions.

96    **FINANCING CONTINGENCY:**
97    ☐ This Agreement is contingent upon Buyer obtaining the financing specified in the section of this Agreement
98      entitled "PURCHASE PRICE AND TERMS". If financing cannot be obtained by the Time for Completion
99      (defined below), this Agreement is terminated and the earnest money will be refunded to the Buyer. If
100     third-party financing of a type specified herein is required by the terms of this Agreement (including
101     assumptions, contracts for deed, and lender financing) the closing shall occur on the date specified or as
102     soon thereafter as financing is completed, but no later __NA__ days after the stated closing date (the
103     "Time for Completion"); OR
104   ☐ This Agreement is contingent upon the Buyer obtaining financing for the Property on terms acceptable to
105     Buyer. Release Date: __NA__ .

107   **APPRAISAL CONTINGENCY:**
108   ☐ Property must appraise for at least ($ __NA__ ). If the Property does not appraise for at least the
109     specified amount, this Agreement is terminated and earnest money refunded to the Buyer unless the Buyer
110     elects to proceed with closing this Agreement without regard to appraised value. Written notice of Buyer's
111     election to proceed shall be given to Seller or Seller's Broker/Salesperson within __NA__ days of Buyer or
112     Buyer's Broker/Salesperson receiving notice of appraised value; OR
113   ☒ Property must appraise for at least ($ __purchase price__ ). Release Date: __06/28/11__

__MLB__
Buyer's Initials

©MONTANA ASSOCIATION OF REALTORS®
Land Buy-Sell Agreement, March 2010

Page 2 of 7 _____
Seller's Initials

*instanet forms*

114 **TITLE CONTINGENCY:** This offer is contingent upon Buyer's receipt and approval (to Buyer's satisfaction) of
115 the preliminary title commitment. Release Date: _____10_____ days from Buyer's or Buyer's
116 representative's receipt of preliminary title commitment.

118 **PROPERTY INVESTIGATION:** This offer is contingent upon Buyer's independent investigation of the following
119 conditions relating to the property, including but not limited to; covenants, zoning, access, easements, well
120 depths, septic and sanitation restrictions, surveys or other means of establishing the corners and boundaries,
121 special improvement districts, restrictions affecting use, special building requirements, future assessments,
122 utility hook up and installation costs, environmental hazards, airport affected area, road maintenance
123 obligations or anything else Buyer deems appropriate. Buyer agrees that any investigations or inspections
124 undertaken by Buyer or on his/her behalf shall not damage or destroy the property, without the prior written
125 consent of Seller. Further, Buyer agrees to return the property to its original condition and to indemnify Seller
126 from any damage or destruction to the property caused by the Buyer's investigations or inspections, if Buyer
127 does not purchase the property. Release Date: June 28, 2011
128 This offer is contingent upon
129 review and approval of the contract, contingencies, results of the
property investigations and title commitment by the buyer and her
attorneys, agents and representatives.

Release Date: June 28, 2011

134 This offer is contingent upon
135 acceptance of an offer presented by buyer to seller of the
remaining portion of this property (to total the full acreage of
320 acres) which buyer wishes to also purchase.

Release Date: June 28, 2011

141 **ADDITIONAL PROVISIONS:**
142 This offer is contingent upon and subject to court approval which
approval must be obtained prior to close of business on June 28,2011 AND
sellers & buyer's (and her attorneys, agents & representatives) review &
approval of the details of the court approval which termination shall be
permitted within two (2) business days of the issuance of such approval.
Release Date: June 28, 2011

This offer is contingent upon all mineral rights transferring with this
sale and all water rights represented by seller determined to be valid
and transferring with this sale. Release Date: June 28, 2011

This offer is contingent upon the approval of Buyer's attorney. Buyer's
attorney shall have the right to terminate the contract for any or no
reason prior to the close of business on Wednesday, June 16, 2011. In
that event all earnest money shall be returned to Buyer.

161 **CONVEYANCE:** The Seller shall convey the real property by _____warranty_____
162 deed, free of all liens and encumbrances except those described in the title insurance commitment, as approved by
163 Buyer. The Seller shall convey the personal property by Bill of Sale.

165 **WATER:** All water, including surface water or ground water, any legal entitlement to water, including statements of
166 claim, certificates of water rights, permits to appropriate water, exempt existing rights, decreed basins or any ditches,
167 ditch rights, or ditch easements appurtenant to and/or used in connection with the Property are included with the
168 Property, except _____
169 _____ .
170 Filing or transfer fees will be paid by ☒ Seller, ☐ Buyer, ☐ split equally between Buyer and Seller.
171 Documents for transfer will be prepared by _seller or sellers representative & approved by buyer_ .

MCB /     ⓒMONTANA ASSOCIATION OF REALTORS®     Page 3 of 7 
Buyer's Initials     Land Buy-Sell Agreement, March 2010     Seller's Initials

Instanet forms

172 **WATER RIGHT OWNERSHIP UPDATE DISCLOSURE:** By Montana law, failure of the parties at closing or transfer
173 of real property to pay the required fee to the Montana Department of Natural Resources and Conservation for
174 updating water right ownership may result in the transferee of the property being subject to a penalty. Additionally, in
175 the case of water rights being exempted, severed, or divided, the failure of the parties to comply with section 85-2-424,
176 MCA, could result in a penalty against the transferee and rejection of the deed for recording.

178 **CLOSING AGENTS FEES:** Closing agents fees will be paid by ☐ Seller ☐ Buyer ■ Equally Shared.

180 **TITLE INSURANCE:** Seller, at Seller's expense and from a title insurance company chosen by Seller, shall furnish
181 Buyer with an ALTA Standard Coverage Owners Title Insurance Policy (as evidenced by a standard form American
182 Land Title Association title insurance commitment) in an amount equal to the purchase price. Buyer may purchase
183 additional owner's title insurance coverage in the form of "Extended Coverage" or "Enhanced Coverage" for an
184 additional cost to the buyer. It is recommended that buyer obtain details from a title company.

186 **CONDITION OF TITLE:** All mortgages, judgements and liens shall be paid or satisfied by the Seller at or prior to
187 closing unless otherwise provided herein. Seller agrees that no additional encumbrances, restrictions, easements or
188 other adverse title conditions will be placed against the title to the property subsequent to the effective date of the
189 preliminary title commitment approved by the Buyer.

191 **SPECIAL IMPROVEMENT DISTRICTS:** Special Improvement Districts (including rural SIDs), including those that
192 have been noticed to Seller by City/County but not yet spread or currently assessed, if any, will be:
193     ■ paid off by Seller at closing;
194     ☐ assumed by Buyer at closing; OR
195     ☐ _____
196     All perpetual SIDs shall be assumed by Buyer.

198 **ASSOCIATION SPECIAL ASSESSMENTS:** Any special or non-recurring assessments of any non-governmental
199 association, including those that have been approved but not yet billed or assessed, will be:
200     ■ paid off by Seller at closing;
201     ☐ assumed by Buyer at closing; OR
202     ☐ _____

204 **PRORATION OF TAXES AND ASSESSMENTS:** Seller and Buyer agree to prorate taxes, Special Improvement
205 District assessments for the current tax year, as well as pre-paid rents, water and sewer system charges, heating fuel
206 and tank rental, irrigation assessments, Homeowner's Association dues and/or common maintenance fees, if any, as
207 of the date of closing unless otherwise agreed and:
208 _____

212 **CONDITION OF PROPERTY:** Seller agrees that the Property shall be in the same condition, normal wear and tear
213 excepted, from the date of the execution of this Agreement up to the time Buyer takes possession of the Property.
214 Seller will remove all personal property not included in this sale prior to closing.

216 **NOXIOUS WEEDS DISCLOSURE:** Buyers of property in the state of Montana should be aware that some properties
217 contain noxious weeds. The laws of the State of Montana require owners of property within this state to control, and to
218 the extent possible, eradicate noxious weeds. For information concerning noxious weeds and your obligations as an
219 owner of property, contact either your local County extension agent or Weed Control Board.

221 **MEGAN'S LAW DISCLOSURE:** Pursuant to the provisions of Title 46, Chapter 23, Part 5 of the Montana Code
222 Annotated, certain individuals are required to register their address with the local law enforcement agencies as part of
223 Montana's Sexual and Violent Offender Registration Act. In some communities, law enforcement offices will make the
224 information concerning registered offenders available to the public. If you desire further information please contact the
225 local County Sheriff's office, the Montana Department of Justice, in Helena, Montana, and the probation officers
226 assigned to the area.

MCB
Buyer's Initials

©MONTANA ASSOCIATION OF REALTORS®
Land Buy-Sell Agreement, March 2010

Page 4 of 7 (M)
Seller's Initials

*Instanet forms*

227 **BUYER'S REMEDIES:** (A) If the Seller fails to accept the offer contained in this Agreement within the time period
228 provided in the BUYER'S COMMITMENT section, all earnest monies shall be returned to the Buyer. (B) If the Seller
229 accepts the offer contained in this Agreement, but refuses or neglects to consummate the transaction within the time
230 period provided in this Agreement, the Buyer may:
231     (1) Demand immediate repayment of all monies that Buyer has paid as earnest money, and upon the return of
232     such money, the rights and duties of Buyer and Seller under this Agreement shall be terminated; OR
233     (2) Demand that Seller specifically perform Seller's obligation under this Agreement; OR
234     (3) Demand monetary damages from Seller for Seller's failure to perform the terms of this Agreement.

236 **SELLER'S REMEDIES:** If the Seller accepts the offer contained in this Agreement and Buyer refuses or neglects to
237 consummate the transaction within the time period provided in this Agreement, the Seller may:
238     (1) Declare the earnest money paid by Buyer be forfeited; OR
239     (2) Demand that Buyer specifically perform Buyer's duties and obligations under this Agreement; OR
240     (3) Demand that Buyer pay monetary damages for Buyer's failure to perform the terms of this Agreement.

242 **BUYER'S AND SELLER'S CERTIFICATION:** By entering into this Agreement, each person or persons executing this
243 Agreement, as Buyer or Seller, represents that he/she is eighteen (18) years of age or older, of sound mind, and
244 legally competent to own or transfer real property in the State of Montana; and, if acting on behalf of a corporation,
245 partnership, or other non-human entity, that he/she is duly authorized to enter into this Agreement on behalf of such
246 entity.

248 **FOREIGN PERSON OR ENTITY:** Sellers are not foreign persons, non-resident aliens, foreign corporations, foreign
249 partnerships, foreign trusts, or foreign estates, as those terms are defined in the Internal Revenue Code and the
250 Income Tax Regulations promulgated thereunder. Unless the purchase price of the Property does not exceed
251 $300,000 and the Buyer is purchasing the Property for use by Buyer as a personal residence, Sellers shall deliver to
252 Buyer a certificate of non-foreign status in the form required by the Income Tax Regulations and reasonably
253 acceptable to Buyer and/or Buyer's attorney. In the event Sellers do not deliver the certificate to Buyer at or before
254 closing, Sellers acknowledge and agree that Buyer may withhold ten percent (10%) of the Purchase Price and submit
255 this amount to the Internal Revenue Service, pursuant to Section 1445 of the Internal Revenue Code.

257 **CONSENT TO DISCLOSE INFORMATION:** Buyer and Seller hereby consent to the procurement and disclosure by
258 Buyer, Seller, and Salespersons and their attorneys, agent, and other parties having interests essential to this
259 Agreement, of any and all information reasonably necessary to consummate the transaction described in this
260 Agreement, specifically including access to escrows for review of contracts, deeds, trust indentures, or similar
261 documents concerning this property or underlying obligations pertaining thereto.

263 **RISK OF LOSS:** All loss or damage to any of the above-described real property or personal property to any cause is
264 assumed by Seller through the time of closing unless otherwise specified.

266 **TIME IS OF THE ESSENCE:** Time is of the essence as to the terms and provisions of this agreement.

268 **BINDING EFFECT AND NON-ASSIGNABILITY:** This Agreement is binding upon the heirs, successors and assigns
269 of each of the parties hereto; however, Buyer's rights under this Agreement are not assignable without the Seller's
270 express written consent.

272 **ATTORNEY FEES:** In any action brought by the Buyer or the Seller to enforce any of the terms of this Agreement, the
273 prevailing party in such action shall be entitled to such reasonable attorney fees as the court or arbitrator shall
274 determine just.

276 **COMMISSION:** The Seller's and/or Buyer's commitment to pay a commission in connection with this transaction is an
277 integral part of this Agreement.

279 **FACSIMILE:** The parties agree that a facsimile copy of this Agreement to Sell and Purchase which contains the
280 parties' signatures may be used as the original.

MCB,
Buyer's Initials

©MONTANA ASSOCIATION OF REALTORS®
Land Buy-Sell Agreement, March 2010

Page 5 of 7    /Seller's Initials

instanet forms

281 **ENTIRE AGREEMENT:** This Agreement, together with any attached exhibits and any addenda or amendments
282 signed by the parties, shall constitute the entire agreement between Seller and Buyer, and supersedes any other
283 written or oral agreements between Seller and Buyer. This Agreement can be modified only in writing, signed by the
284 Seller and Buyer.

286 **COUNTERPARTS:** A copy of this document may be executed by each individual/entity separately, and when each
287 has executed a copy thereof, such copies, taken together, shall be deemed to be a full and complete contract between
288 the parties.

290 **EARNEST MONEY DISPUTES:** Buyer and Seller agree that, in the event of any controversy regarding the earnest
291 money and things of value held by the Broker, closing agent, or any person or entity holding such money or property,
292 unless mutual written instructions are received by the holder of the earnest money and things of value, Broker or
293 closing agent shall not be required to take any action, but may await any proceedings, or, at Broker's or closing
294 agent's option and sole discretion, may interplead all parties and deposit any monies or things of value in a Court of
295 competent jurisdiction and may utilize as much of the earnest money deposit as may be necessary to advance the
296 cost and fees required for filing such action.

298 **ADDENDA AND/OR DISCLOSURES ATTACHED:** (Check all that apply.)
299 ☐ Sale of Buyer's Property          ☐ 1031 Tax Deferred Exchange
300 ☐ Addendum for Additional Provisions  ☐ Back-up Offer
301 ☒ Water Rights Acknowledgement
302 ☐ _____

304 **RELATIONSHIP CONFIRMATION:** The parties to this agreement confirm that the real estate licensees identified
305 hereafter have been involved in this transaction in the capacities indicated below and the parties have previously
306 received the required statutory disclosures setting forth the licensees duties and the limits of their obligations to each
307 party:

309     E. Jane Iten                    of    The Iten Co.
310 (name of licensee)                         (name of Brokerage company)
311 is acting as ☒ Seller's Broker/Salesperson; ☐ Dual Broker/Salesperson; ☐ Statutory Broker.

313     Jim & Jeremy Batty              of    Lambros Real Estate ERA
314 (name of licensee)                         (name of Brokerage company)
315 is acting as ☒ Buyer's Broker/Salesperson; ☐ Dual Broker/Salesperson; ☐ Statutory Broker;
316             ☐ Seller's Broker/Salesperson (includes Seller's Sub-Broker or Salesperson).

318 **BUYER'S ACKNOWLEDGMENT:** Buyer acknowledges that he/she has examined the real and personal property, that
319 Buyer enters into this Agreement in full reliance upon his/her independent investigation and judgement, that prior
320 verbal representations by the Seller or Seller's agent or representatives do not modify or affect this Agreement, and
321 that by signing this Agreement Buyer acknowledges having read and understood this entire Agreement.

323 **BUYER'S COMMITMENT:** I/We agree to purchase the above-described Property on the terms and conditions set
324 forth in the above offer and grant to said Salesperson until (date) _____ June 13, 2011 _____
325 at ____1:00____ ☐ a.m. ☒ p.m. (Mountain Time) to secure Seller's written acceptance, whether nor not that
326 deadline falls on a Saturday, Sunday or holiday. Buyer may withdraw this offer at any time prior to Buyer being
327 notified of Seller's written acceptance. If Seller has not accepted by the time specified, this offer is automatically
328 withdrawn.
329 The parties hereto, all agree that the transaction contemplated by this document may be conducted by electronic
330 means in accordance with the Montana Uniform Electronic Transaction Act.

MLB
Buyer's Initials

©MONTANA ASSOCIATION OF REALTORS®
Land Buy-Sell Agreement, March 2010

Page 6 of 7  
Seller's Initials

Instanet forms

331 I/WE HEREBY ACKNOWLEDGE receipt of a copy of this Agreement bearing my/our signature(s).

333 Buyer's Address: ___501 West Main Street___ City ___Little Falls___

335 State ___NY___, Zip Code __13365__ Phone Number ___(315-823-2300)___

337 Buyer's Name Printed: ___Marcia L. Burrows or assigns___

339 Dated this ___June 9, 2001___, at __11:44__ ☒ am ☐ pm (Mountain Time).

341
342 _____ (Buyer's Signature)     _____ (Buyer's Signature)

345 **OFFER PRESENTATION:** This offer was presented to the Seller(s) on

347 Date: _____ Time _____ ☐ am ☐ pm By: _____
(Signature of person presenting the offer)

349 **SELLER'S COMMITMENT:** I/We agree to sell and convey to Buyer the above-described Property on the terms
350 and conditions herein above stated. I/We acknowledge a receipt of a copy of this Agreement bearing my/our
351 signature(s) and that of the Buyer(s) named above.

353 Seller's Address: _____ City _____

355 State _____, Zip Code _____ Phone Number _____

357 Seller's Name Printed: ___Renascent, Inc.___

359 Dated this ___June 16, 2011___, at __3:25__ ☐ am ☒ pm (Mountain Time).

361 ___M7v, President___     _____
362 (Seller's Signature)     (Seller's Signature)

364 **ACTION TAKEN, IF OTHER THAN ACCEPTANCE:**

366 ☐ Rejected by Seller ____/____/____    ☐ Modified per Attached Counter __MLB, 6/17/2011__
367              Seller's Initials    Date                             Seller's Initials    Date

NOTE: Unless otherwise expressly stated the term "Days" means calendar days and not business days. Business days are defined as all days except Sundays and holidays. Any performance which is required to be completed on a Saturday, Sunday or a holiday can be performed on the next business day.

# COUNTER OFFER

1 This counter offer pertains to a Buy/Sell Agreement (hereafter "Buy/Sell") dated: June 9, 2011,
2 by and between _____ (Seller) and
3 Marcia L. Burrows, or assigns _____ (Buyer) concerning the
4 property described as: 276 Porter Hill Road (320 acres, Hamilton,
5 S16 T04N R21W, W2NENE Index 9 Tract 4, E2NENE Index 8 Tract 5, SENE Index 1 Tract 3-B,
6 CS#5915-TR 6/or CS#603100-F (This is all to be confirmed and detailed by the title
7 company)
8 _____
9 All the terms and conditions of the "Buy/Sell" are hereby incorporated by reference except as modified by the
10 following terms and provisions: _____
11 Line 135-138: acceptance of an offer presented by buyer to seller of the remaining
12 protion of this property (to total the full acreage of 320 acres), which buyer wishes to
13 also purchase, and a simultaneous closing of these transactions.
14 Release date; Closing date
15–24 _____

25 ☐ The dates for performance contained in the "Buy/Sell" shall be extended the same number of days that have elapsed
26 between the "Buy/Sell" and the date of final Acceptance of this Counter Offer except for the closing date which shall
27 remain as set forth in the "Buy/Sell"; OR
28 ☒ All performance dates contained in the "Buy/Sell" shall remain the same, except as otherwise stated herein.
29 Acceptance of this counter offer may be made by providing a signed copy to the offering party or their
30 Broker/Salesperson prior to 6/17/11  5:30 pm (Date/Time), whether or not that deadline falls
31 on a Saturday, Sunday or holiday. Offering party may withdraw this counter offer any time prior to receiving written
32 acceptance. If acceptance is not given to the offering party or their Broker/Salesperson by expiration of the time for
33 acceptance, this offer is then null and void.
34 The parties hereto, all agree that the transaction contemplated by this document may be conducted by electronic means
35 in accordance with the Montana Uniform Electronic Transactions Act.

36 _____ /s/ /s/ 6/17/11   /s/ Marcie Burrows  6/17/2011
37 Seller   Renwal, Inc.    Date    Buyer Marcie L. Burrows or assigns   Date
38
39
40 _____
41 Seller     Date    Buyer       Date

NOTE: Unless otherwise expressly stated the term "Days" means calendar days and not business days. Business days are defined as all days except Sundays and holidays. Any performance which is required to be completed on a Saturday, Sunday or a holiday can be performed on the next business day.

©MONTANA ASSOCIATION OF REALTORS®, May 2007

Lambros Real Estate ERA 2011 American Way Missoula, MT 59808    Phone: (406)544-5555   Fax:    Burrows
Jim Betty    Produced with ZipForms by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com