UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | Case No: 10-62358-11 |
| | ) | |
| **RENASCENT, INC.,** | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

**AMENDED ORDER**

At Butte in said District Court this 7th day of July, 2011.

In this Chapter 11 bankruptcy case, a Motion for Authority to Sell Property Free of Liens and Encumbrances was filed on June 17, 2011 by Debtor (Docket No. 115). No objection and request for hearing has been filed after shortened notice. Good cause appearing,

**IT IS HEREBY ORDERED** that Debtor's Motion for Authority to Sell Property Free of Liens and Encumbrances, filed June 17, 2011 (Dkt. 115) is granted as follows:

1. Debtor's property shall remain property of the bankruptcy estate until the closing of the sale is completed.

2. Upon closing on the sale of the property, Debtor will instruct the closing agent to pay all proceeds net of realtor fees and closing costs to creditor in satisfaction of its secured claim.

DATED this 7th day of July, 2011.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana