UST-5 COVER SHEET

# MONTHLY OPERATING REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

Case No.  *10 - 62358 - RBK*          Report Month/Year  *July 2010*

Debtor  *Renascent, Inc. DIP*

**INSTRUCTIONS:** The debtor's monthly operating report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rules, or the United States Trustee's reporting requirements, may be cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly operating report:

| | | Yes | No |
|---|---|---|---|
| UST-6 | **Comparative Balance Sheet,** or debtor's balance sheet.<br>The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| UST-7 | **Comparative Income Statement,** or debtor's income statement. | ☒ | ☐ |
| UST-8 | **Summary of Deposits and Disbursements** | ☒ | ☐ |
| UST-8<br>Continuation<br>Sheets | **Statement(s) of Cash Receipts and Disbursements**<br>A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☒ | ☐ |
| UST-9 | **Statement of Aged Receivables**<br>A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-10. | ☒ | ☐ |
| UST-10 | **Statement of Aged Postpetition Payables**<br>A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-11. | ☒ | ☐ |
| UST-11 | **Other Information**<br>When applicable, attach supporting documents. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or binder. | ☒ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

Name       *Dan Floyd*

Telephone  *(406) 360 - 1285*

Email      *danf356356 @ aol . com*

| | | Case Number ⇒ | 10-62358-RBK |
|---|---|---|---|
| Debtor | Renascent, Inc.  DIP | Report Mo/Yr ⇒ | July 2011 Amended |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer has authority to sign an operating report for a corporate debtor and only a general partner has authority to sign an operating report for a partnership debtor. <u>Debtor's counsel may not sign an operating report for the debtor.</u>

**Question 1**  At month end, was the debtor delinquent on any <u>postpetition</u> tax obligation?

Yes ☐    No ☒
If yes, list each delinquent postpetition tax obligation on page 9.

**Question 2**  For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
$ 2,226,705.83

I certify under penalty of perjury that all of the information contained in this monthly operating report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____, President          Date 8/18/2011

Title

**WHERE TO FILE A MONTHLY OPERATING REPORT:** The debtor is required to file its monthly operating report electronically with the U.S. Bankruptcy Court, and to serve copies of such report on the United States Trustee, and on each member of any committees elected or appointed pursuant to the Bankruptcy Code and to their authorized agents.

| File the <u>original</u>... | Send a <u>hard copy</u> to <u>each</u> of the following. . . |
|---|---|
| Electronically, in PDF file format, with the United States Bankruptcy Court. | (1) Office of the United States Trustee<br>Liberty Center, Suite 204<br>301 Central Avenue<br>Great Falls, Montana 59401<br><br>(2) If applicable, each member of any committees elected or appointed, and to their authorized agents.<br><br>(3) Debtor's counsel. |

| Debtor | Renascent, Inc. DIP | Case Number ⇒ | 10-62358-RBK |
|---|---|---|---|
| | | Report Mo/Yr ⇒ | July, 2011 |

## UST-6 COMPARATIVE BALANCE SHEET

| As of month ending ⇒ | June, 2011 | July, 2011 | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | 8,460.15 | 281,988.96 | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | 8,460.15 | 281,989.96 | |
| Fixed Assets | | | |
| Real Property/Buildings | 12,800,000 | 8,300,000 | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | 12,800,000 | 8,300,000 | |
| Other Assets (attach list) | 104,378 | 104,378 | |
| TOTAL ASSETS | 12,912,838.15 | 8,686,366.96 | |
| | | | |
| **LIABILITIES** | | | |
| Postpetition Liabilities | Ø | Ø | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Postpetition Liabilities | | | |

(contd. on next page)

| | Case Number ⇨ | 10-62358-LOK |
|---|---|---|
| Debtor  Renasant, Inc.  DIP | Report Mo/Yr ⇨ | July, 2011 |

## UST-6 COMPARATIVE BALANCE SHEET (contd.)

| As of month ending ⇨ | June 2011 | July 2011 | |
|---|---|---|---|
| Prepetition Liabilities | | | |
| Unsecured Debt | 750,000 | 750,000 | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | 6,328,420 | 3,828,420 | |
| Total Prepetition Liabilities | 7,078,420 | 4,578,420 | |
| TOTAL LIABILITIES | 7,078,420 | 4,578,420 | |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | 5,834,418.15 | 4,107,946.96 | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholders' Equity (Or Deficit) | 5,834,418.15 | 4,107,946.96 | |
| | | | |
| Partners' Investment (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | 12,912,838.15 | 8,686,366.96 | |

Footnotes to balance sheet:
1. Explain significant events, including contingent liabilities and pending lawsuits, which may have a major effect on the financial condition of the debtor.
2. Value assets at lower of cost or market and identify which method is being used.
3. Identify any changes in stock holdings of "insiders" during the reporting period. Insider is defined in 11 USC § 101 (31) as a general partner, relative, officer, director, affiliate or person in control.

1. Lawsuit against Bank America, et al
2. Lawsuit against Ravalli County and State of Montana
3. Challenge to Sullway Construction & ABLC re: unsecured claims
4. Keldan lawsuit
5. Sold Forest Hill property

| | Case Number ⇒ | 10 - 62358 - RBK |
|---|---|---|
| Debtor _Renescend, Inc. DIP_ | Report Mo/Yr ⇒ | |

## UST-7 COMPARATIVE INCOME STATEMENT

| For the month of ⇒ | June, 2011 | July, 2011 | |
|---|---|---|---|
| GROSS SALES | ∅ | ∅ | |
| Less:   Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales: | | | |
| Beginning Inventory | | | |
| Add:      Purchases | | | |
| Less:    Ending Inventory | | | |
| Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:    Other Income | | | |
| Less:    Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:
1. Separately identify in a footnote the amount of depreciation included in the cost of goods sold, or elsewhere.

| Debtor | Renascence, Inc. DIP | Case Number | ⇨ | 10 - 62358 - RAK |
| | | Report Mo/Yr | ⇨ | July 2011 Amended |

## UST-8 SUMMARY OF DEPOSITS & DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-8 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee may be cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: www.usdoj.gov/ust/r18/s_library.htm

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (406) 761-8777.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-8 Continuation Sheet(s) | 291,294.17 |
| Cash receipts not included above (if any) | 2,205,705.83 |
| | 2,500,000 |
| TOTAL RECEIPTS ☞ | 291,294.17 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-8 Continuation Sheet(s) | 17,765.86 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 14, Question 1) | 2,208,705.83 |
| Disbursements made by other parties for the debtor (if any, explain) | |
| | Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2. |
| TOTAL DISBURSEMENTS ☞ | 2,226,471.72 |
| NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS) ☞ | 291,294.17 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?     Yes ☐   No ☒   If "Yes", list each quarter that is delinquent and the amount due.

**(UST-8 CONTINUATION SHEETS, with attachments, should follow this page.)**

|  | Case Number ⇨ | 10 - 62358 - RBK |
|---|---|---|
| Debtor   Renascent, Inc   DIP | Report Mo/Yr ⇨ | July, 2011 |

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

Depository (bank) name   ⇨   Farmers State Bank

Account number   ⇨   0 000 153376

Purpose of this account (select one):
- ☒ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 8,460.65 |
| Add: | Transfers in from other estate bank accounts | 0 |
| | Cash receipts deposited to this account | 291,294.17 |
| | Financing or other loaned funds (identify source) | 0 |
| Total cash available this month | | 299,754.82 |
| Subtract: | Transfers out to other estate bank accounts | 0 |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 17,765.86 |
| Adjustments, if any (explain) | | 0 |
| Ending cash balance | | 281,988.96 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☒ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☒ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☒ | ☐ |

UST-8 CONTINUATION SHEET, Number _____ of _____

| | | |
|---|---|---|
| | Case Number ⇨ | 10 - 62358 - RBK |
| Debtor   Nenascend, Inc  DIP | Report Mo/Yr ⇨ | July, 2011 |

## UST-8 SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Prepetition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on prepetition unsecured debt?   Yes ☐ No ☒   If "Yes", list each payment.

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, business consultant, or other professional person?   Yes ☒ No ☐
If "Yes", list each payment.

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| 1 hen Real Estate | Sale of Property-Commission | 7/18/11 | 150,000 | 7/29/11 |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?   Yes ☒ No ☐   If "Yes", list each payment.

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| Kellen G. Floyd | Wife of President | 7/20/11 | 750.00 | Reimbursement - Trees |
| | | | | |
| | | | | |
| | | | | |

INSTRUCTIONS: Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment (explain).

| Case Number ⇒ | 10-62358-RBK |
|---|---|
| Report Mo/Yr ⇒ | July 2011 |

Debtor  Renascent, Inc  DIP

### UST-9 STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-9, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1). At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both prepetition and postpetition accounts receivable; and,

2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☒ if the debtor asserts that both statements are correct and skip to UST-10, STATEMENT OF POST-PETITION PAYABLES, on the next page.

**Accounts Receivable Aging** (list totals only, do not list each receivable.

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Prepetition receivables | | | | | | |
| Postpetition receivables | | | | | | |
| TOTALS | | | | | | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?   If yes, explain.

**Accounts Receivable Reconciliation**

| | |
|---|---|
| Closing balance from prior month | |
| New accounts receivable added this month | |
| Subtotal | |
| Less accounts receivable collected | |
| Closing balance for current month | |

| Case Number | ⇨ | 10-62358-RBK |
|---|---|---|
| Debtor  Renascent, Inc  DIP | | |
| Report Mo/Yr | ⇨ | July, 2011 |

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
## PART A - TAXES

**INSTRUCTIONS:** Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor <u>did not have any unpaid postpetition taxes</u> which includes both current and delinquent tax obligations.

Check here ☒ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 11.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid postpetition taxes from prior reporting month | (2) Postpetition taxes accrued this month (new obligations) | (3) Postpetition tax payments made this reporting month | (4) Unpaid postpetition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Postpetition Taxes | | | | $ |

| Case Number | ⇨ | 10-62358-RBK |
| Report Mo/Yr | ⇨ | July 2011 |

Debtor   Renascent, Inc.

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
## PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (postpetition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

| Debtor | Renissant, Inc- DIP | Case Number | 10-62358-RBK |
|--------|---------------------|-------------|--------------|
|        |                     | Report Mo/Yr ⇒ | July 2011 |

### UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
### PART B

**Accounts Payable  Aging**

| Vendor Name | Description | Total Due | Current 0-30 days | Past due 31-60 days | Past due 61- 90 days | Past due 91 days |
|-------------|-------------|-----------|-------------------|---------------------|----------------------|------------------|
|             |             | ∅         |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
|             |             |           |                   |                     |                      |                  |
| TOTALS      |             | √         |                   |                     |                      |                  |

**Please include only postpetition payables and explain why accounts over 30 days past due have not been paid.**

**Accounts Payable  Reconciliation**

| | |
|---|---|
| Closing balance from prior month | ∅ |
| New accounts payable amounts added this month | |
| Subtotal | |
| Less accounts payable paid | |
| Closing balance for current month | √ |

| | | Case Number ⇒ | 10-62358-RBK |
|---|---|---|---|
| Debtor | Renucom, Inc. DIP | Report Mo/Yr ⇒ | July, 2011 |

## UST-10, STATEMENT OF AGED POST-PETITION PAYABLES
## PART B - PAYABLES (contd.)

**INSTRUCTIONS:** List each postpetition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre and postpetition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

### Delinquent Postpetition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| ∅ | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case Number ⇒ _10 - 62358 - RBK_

Debtor _Renascund, Inc.  DIP_    Report Mo/Yr ⇒ _July 2011_

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>postpetition</u> professional fees and expenses.  To the extent possible, use billing statements to report the actual amounts due.   If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Fees and expenses from prior months | Fees and expenses added this month | Fees and expenses paid this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | 35,500.00 | 3,300.00 | Ø | 38,800.00 |
| Debtor's accountant | | | | |
| Debtor's other professional ( i ) | 8141.29 | 464.01 | Ø | 8605.30 |
| Total estimated postpetition professional fees and costs | | | | $ |

(1)  Markette & Chironand - re: Ravalli County / State of MT lawsuit

| Debtor | Renescand, Inc.  DIP | Case Number | ⇒ | 10 - 62358 - RBK |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇒ | July, 2011 |
| | | | | Amended |

## UST-11 OTHER INFORMATION

INSTRUCTIONS: Answer each question fully and attach additional sheets if necessary to provide a complete response.

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month?  Include only sales out of the ordinary course. | | | | | ☑ | ☐ |

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) |
|---|---|---|---|---|
| 1. Lots 1 thru | 7/19/11 | Sale | $2,500,000 | $291,297.17 |
| 2. 70 | | | | 7/1 +/11 |
| 3. 276 Forest NW Rd. Hamilton, MT | | | | |
| | | | Total _____ | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **Question 2 - Financing.**  During the reporting month, did the debtor receive any funds from an outside or insider (officer, director, partner, or other insider) funding source? | | | | | ☐ | ☑ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | Total _____ | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **Question 3 - Payments on prepetition unsecured debt.**  During the reporting month, did the debtor make any payments on pre-petition unsecured debt? | | | | | ☐ | ☑ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | Total _____ | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **Question 4 - Payments of salary or debt owed to insiders.**  During the reporting month, did the debtor make any payments of salary or debt owed to or personally guaranteed by any principal, partner,  officer or other insider of the business? | | | | | ☐ | ☑ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | Total _____ | | |

| | | |
|---|---|---|
| Case Number ⇨ | *10-62358-RBK* | |
| Report Mo/Yr ⇨ | *July, 2011* | |

Debtor *Renaissance, Inc. DIP*

## UST-11 OTHER INFORMATION

| | Yes | No |
|---|---|---|
| **Question 5 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

Renewals:

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

Changes:

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☒ |

**Question 6 - Personnel Changes.** Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | *0* | *0* |
| Employees added | | |
| Employees resigned/terminated | | |
| Number employees at end of month | ↓ | ↓ |
| **Gross Monthly Payroll and Taxes** | $ *0* | |

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

*See page 4*

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

*1. Plan to be presented to Court on Sept 20, 2011*

# Farmers State Bank

STATEMENT DATE

07/31/11

ACCOUNT NO.

CYCLE-010

```
*********AUTO**SCH 5-DIGIT 59821
356 0.6650 AV 0.340      2 1 195
RENASCENT INC
DEBTOR IN POSSESSION ACCOUNT
BANKRUPTCY CASE # 10-62358-RBK
PO BOX 1240
VICTOR MT  59875-1240
```

PG   1
    23

```
*** CHECKING *** FSB BUSINESS ADVANTA
ACCOUNT NUMBER
PREVIOUS STATEMENT BALANCE AS OF 06/30/11 ........................        8,460.65
    PLUS     1  DEPOSITS AND OTHER CREDITS ......................      291,294.17
    LESS    25  CHECKS AND OTHER DEBITS .........................       17,765.86
CURRENT STATEMENT BALANCE AS OF 07/31/11 ........................      281,988.96
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31
```

---

### *** CHECK TRANSACTIONS ***

| SERIAL | DATE  | AMOUNT   | SERIAL | DATE  | AMOUNT   |
|--------|-------|----------|--------|-------|----------|
| 1182*  | 07/01 | 275.00   | 1194   | 07/19 | 3,389.34 |
| 1184*  | 07/11 | 40.00    | 1195   | 07/20 | 2,709.65 |
| 1185   | 07/01 | 75.17    | 1196   | 07/20 | 975.00   |
| 1186   | 07/07 | 1,440.00 | 1199*  | 07/26 | 100.00   |
| 1187   | 07/12 | 868.61   | 1200   | 07/21 | 780.00   |
| 1188   | 07/13 | 17.49    | 1201   | 07/25 | 65.75    |
| 1189   | 07/11 | 446.00   | 1202   | 07/22 | 287.00   |
| 1190   | 07/12 | 45.99    | 1203   | 07/22 | 900.00   |
| 1191   | 07/15 | 135.90   | 1205*  | 07/26 | 835.00   |
| 1192   | 07/15 | 590.00   | 1206   | 07/29 | 350.00   |
| 1193   | 07/19 | 1,989.00 | 1207   | 07/29 | 875.00   |

---

### *** CHECKING ACCOUNT TRANSACTIONS ***

| DATE  | DESCRIPTION                     | DEBITS | CREDITS    |
|-------|---------------------------------|--------|------------|
| 07/14 | DEPOSIT                         |        | 291,294.17 |
| 07/19 | AC-NorthWestern Ene-Ck Payment  | 20.29  |            |
|       | CHECK#-1197                     |        |            |
| 07/19 | AC-NorthWestern Ene-Ck Payment  | 549.71 |            |
|       | CHECK#-1198                     |        |            |
| 07/27 | AC-NorthWestern Ene-Ck Payment  | 5.96   |            |
|       | CHECK#-1204                     |        |            |

---

### *** BALANCE BY DATE ***

| 06/30 | 8,460.65   | 07/01 | 8,110.48   | 07/07 | 6,670.48   | 07/11 | 6,184.48   |
|-------|------------|-------|------------|-------|------------|-------|------------|
| 07/12 | 5,269.88   | 07/13 | 5,252.39   | 07/14 | 296,546.56 | 07/15 | 295,820.66 |
| 07/19 | 289,872.32 | 07/20 | 286,187.67 | 07/21 | 285,407.67 | 07/22 | 284,220.67 |
| 07/25 | 284,154.92 | 07/26 | 283,219.92 | 07/27 | 283,213.96 | 07/29 | 281,988.96 |

```
DUE TO AN INCREASE IN DEBIT FRAUD, SOME SIGNATURE BASED
TRANSACTIONS MAY BE BLOCKED. IF THIS OCCURS, YOU MAY TRY
THE TRANSACTION WITH YOUR PIN (CODE).
```


Customer Service, Please call Farmers State Bank, Victor (406) 642-3431
Branches in Florence, Darby, Stevensville, Hamilton, Lolo, and Missoula

Member FDIC

| Check # | Amount | Payee | Reason |
|---|---|---|---|
| 1182 | $ 275.00 | Scarpello & Huse | Resident Agent Fee |
| 1184 | 40.00 | Murdoch Supply | Maint. |
| 1185 | 75.17 | Murdoch Supply | Maint. Supplies |
| 1186 | 1440.00 | Martinez Landscaping & Maint | Maint. |
| 1187 | 868.61 | Aslin-Finish | Fees |
| 1188 | 17.45 | Steves Hardware | Maint. Supplies |
| 1189 | 446.00 | Martinez Landscaping & Maint. | Maint. |
| 1190 | 48.99 | Napa Automotive | Maint. Supplies |
| 1191 | 135.00 | Martinez Landscaping & Maint. | Maint. |
| 1192 | 590.00 | Martinez Landscaping & Maint. | Maint. |
| 1193 | 1989.00 | Insured Title | Interest |
| 1194 | 3389.34 | Farmers State Bank | Mortgage Pmt. |
| 1195 | 2709.65 | Farm Bureau Ins. | Ins. payment |
| 1196 | 975.00 | U.S. Trustee | Trustee Fees |
| 1197 | 26.29 | NW Energy | Utilities |
| 1198 | 549.71 | NW Energy | Utilities |
| 1199 | 100.00 | Brian Smith | Maint. |
| 1200 | 780.00 | Kathy Floyd | Reimbursement |
| 1201 | 65.75 | Napa Automotive | Maint. Supplies |
| 1202 | 287.00 | Diligent Cleaning | Cleaning Svcs. |
| 1203 | 900.00 | Martinez Maint + Landscaping | Maint. |
| 1204 | 5.96 | NW Energy | Utilities |
| 1205 | 835.00 | Complete Heating & Cooling | Maint. |
| 1206 | 350.00 | Diligent Cleaning | Cleaning svcs |
| 1207 | 875.00 | Martinez Maint + Landscaping | Maint. |
| Total | $ 17,765.86 | | |