Jon R. Binney, Esq.
I.D. #2895
BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253
Telephone: (406) 541-8020
Fax: (406) 543-5023
E-Mail Address: jon@binneylaw.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re: )
) Case No. 10-62358-13
RENASCENT, INC. )
)
)
Debtor. )

DEBTOR'S MOTION TO CONTINUE HEARING ON
DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 10

COMES NOW Debtor, Renascent, Inc., by and through its counsel of record, Jon R. Binney, of BINNEY LAW FIRM, and moves the Court for an Order continuing the hearing set for September 20, 2011, on Objection to Proof of Claim No. 10. filed in the above-entitled case by Sullway Construction, Inc., for $664,035.81, which is claim number 10 on the Claim Register maintained by the Clerk of Court.

Debtor's Motion is brought for the reason Debtor and Creditor continue to discuss a potential settlement and said settlement will need to be incorporated into the Plan and Disclosure Statement.

DEBTOR'S MOTION TO CONTINUE HEARING - Page 1

Counsel for Debtor has communicated with opposing counsel, Daniel Manson, who consents to the continuance.

Accordingly, Debtor moves the Court for an Order continuing the hearing on Debtor's Objection to Proof of Claim Number 10 to October 6, 2011, at 9:00 am.

DATED this 15th day of September, 2011.

> BINNEY LAW FIRM, P.C.
> P.O. Box 2253
> Missoula, MT 59806-2253
> Telephone: (406) 541-8020
> Fax: (406) 543-5023
>
>
> By: /s/ Jon R. Binney
>      Jon R. Binney

## CERTIFICATE OF SERVICE

The undersigned does hereby certify, under penalty of perjury that on the 15th day of September, 2011, a true copy of the foregoing document was served by mail to the following individual(s) by depositing a copy of the same in the U.S. Mail, postage prepaid thereon, addressed as follows, unless otherwise indicated below:

Via ECF
Office of the U.S. Trustee


    /s/ Melissa Colonomos