Jon R. Binney, Esq.
I.D. #2895
BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253
Telephone: (406) 541-8020
Fax: (406) 543-5023
E-Mail Address: jon@binneylaw.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | ) | Case No. 11-62358-11 |
| | ) | |
| RENASCENT, INC. | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

MOTION FOR CONTINUANCE OF HEARING ON APPROVAL OF CHAPTER 11
DISCLOSURE STATEMENT, MOTION OF SULLWAY CONSTRUCITON AND
ANACONDA-DEER LODGE COUNTY TO MODIFY STAY, and DEBTORS' OBJECTION
TO PROOFS OF CLAIM FILED BY SULLWAY CONSTRUCTION
AND ANACONDA-DEER LODGE COUNTY

COMES NOW the Debtor-in-Possession, Renascent, Inc., by and through its counsel of record, Jon R. Binney, and pursuant to LBR's 5071-1(g), 9013-1(g)(2)(M), and 9013-2(b)(2), hereby moves the Court to continue the October 13, 2011, hearing on approval of the Debtor-in-Possession's Disclosure Statement, and any objections thereto, Motion of Sullway Construction and Anaconda-Deer Lodge County to Modify Stay, and Debtors' Objection to Proofs of Claim Filed by Sullway Construction and Anaconda-Deer Lodge County until November 10, 2011 @ 9:00 a.m.  Counsel for the Debtor-in-Possession has conferred with Neal G. Jensen, at the Office

of the United States Trustee, who consents this Motion. Counsel for the Debtor-in-Possession has also conferred with counsel for creditors Sullway Construction, Inc. and Anaconda-Deer Lodge County, who do not oppose this motion. The only creditor with an objection to the Disclosure Statement is Bank of America and said counsel has also consented to the continuance.

The reasons for this request are as follows:

1. Debtor filed the within case on September 29, 2010.

2. Debtor's Plan of Reorganization and Disclosure Statement was filed on January 27, 2011.

3. Debtor filed an Amended Plan and Disclosure Statement on August 24, 2011.

4. Negotiations are continuing with Sullway Construction and Anaconda Deer-Lodge County and it is anticipated that matter can be resolved prior to November 10, 2011.

5. Further, Debtor's counsel in advised by special counsel for Debtor in the Keldan Litigation that a resolution is being finalized in that matter which will require revision of the Disclosure Statement and which should improve feasibility of Debtor's Chapter 11 Plan.

WHEREFORE, the Debtor-in-Possession, Renascent, Inc., respectfully requests that the Court continue the hearing on approval of the Debtor-in-Possession's Disclosure Statement, and any objections thereto, Motion of Sullway Construction and Anaconda-Deer Lodge County to Modify Stay, and Debtors' Objection to Proofs of Claim Filed by Sullway Construction and Anaconda-Deer Lodge County, from October 13, 2011 until the November 10, 2011 calendar in Missoula.

DEBTOR'S MOTION TO CONTINUE HEARING - Page 2

DATED this 10th day of October, 2011.

                                        BINNEY LAW FIRM, P.C.
                                        P.O. Box 2253
                                        Missoula, MT 59806-2253
                                        Telephone: (406) 541-8020
                                        Fax: (406) 543-5023
                                        Attorneys for Debtor-in-Possession


                                        By:  /s/ Jon R. Binney
                                                  Jon R. Binney

## CERTIFICATE OF SERVICE

The undersigned does hereby certify, under penalty of perjury that on the 10th day of October, 2011, a true copy of the foregoing document was served by mail to the following individual(s) by depositing a copy of the same in the U.S. Mail, postage prepaid thereon, addressed as follows, unless otherwise indicated below:

*Via ECF*
Office of the U.S. Trustee

                                                          /s/ Melissa E. Colonomos