Jon R. Binney, Esq.
I.D. #2895
BINNEY LAW FIRM, P.C.
P.O. Box 2253
Missoula, Montana 59806-2253
Telephone: (406) 541-8020
Fax: (406) 543-5023
E-Mail Address: jon@binneylaw.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | ) | Case No. 11-62358-11 |
| | ) | |
| RENASCENT, INC. | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

MOTION FOR CONTINUANCE OF HEARING ON DISCLOSURE STATEMENT, AND CONSOLIDATION WITH CHAPTER 11 PLAN CONFIRMATION HEARING; MOTION TO CONTINUE HEARING ON JOINT MOTION TO MODIFY STAY.

COMES NOW the Debtor-in-Possession, Renascent, Inc., by and through its counsel of record, Jon R. Binney, and pursuant to LBR's 5071-1(g), 9013-1(g)(2)(M), and 9013-2(b)(2), hereby moves the Court to continue the November 10, 2011, Hearing on Approval of the Debtor in Possession's Disclosure Statement, and any objections thereto, until the December calendar. Debtor in Possession also requests that the Court consider consolidation of the Hearing on Disclosure Statement and Confirmation of the Chapter 11 Plan. Counsel for the Debtor in Possession has conferred with Neal G. Jensen, at the Office of the United States Trustee who does not oppose this Motion. Counsel for the only party objecting to the Disclosure Statement,

Bank of America, et al., has been contacted and consents to this continuance. The reasons for this request are as follows:

1. Debtor filed the within case on September 29, 2010.

2. Pursuant to the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines (Docket #4), the Meeting of Creditors was scheduled for November 1, 2010, and the Hearing on Confirmation was scheduled for March 10, 2011.

3. The Hearing on Disclosure Statement originally set for March 10, 2011, was continued to November 10, 2011, due to ongoing settlement discussions between the Debtor in Possession and Keldan, Inc., and Debtor in Possession and Sullway Construction, respectively.

4. A settlement has been reached subject to Court approval in the Keldan matter (at Docket No. 194).

5. The Debtor in Possession and Sullway Construction/Anaconda DeerLodge County are very close to final numbers in a joint settlement and expect to know by November 8, 2011, whether a settlement will be completed. Counsel for Sullway Construction and Anaconda DeerLodge County consent to continue the pending Joint Motion to Modify Stay to December 8, 2011 at 10:00 am also.

6. Both the Keldan settlement and the potential Sullway settlement affect the Disclosure Statement in this case. The Settlement with Keldan, Inc. and the potential settlement with Sullway/Anaconda DeerLodge County should allow the Chapter 11 Plan to be consensual and resolve all claims other than the disputed claim with Bank of America, et al.

WHEREFORE, the Debtor-in-Possession, Renascent, Inc., respectfully requests that the Court consolidate the Hearings on Approval of the Debtor in Possession's Disclosure Statement and the Confirmation of the Chapter 11 Plan; the Joint Motion to Modify Stay and continue the hearings, and any objections thereto, from November 10, 2011 until December 8, 2011 at 10:00 am in Missoula.

WHEREFORE FURTHER, the Debtor in Possession respectfully requests the Joint Motion to Modify Stay be continued to December 8, 2011 at 10:00 am.

DATED this 7th day of November, 2011.

        BINNEY LAW FIRM, P.C.
        P.O. Box 2253
        Missoula, MT 59806-2253
        Telephone: (406) 541-8020
        Fax: (406) 543-5023
        Attorneys for Debtor-in-Possession


By: /s/ Jon R. Binney
     Jon R. Binney

## CERTIFICATE OF SERVICE

The undersigned does hereby certify, under penalty of perjury that on the 7th day of November, 2011, a true copy of the foregoing document was served by mail to the following individual(s) by depositing a copy of the same in the U.S. Mail, postage prepaid thereon, addressed as follows, unless otherwise indicated below:

*Via ECF*
Office of the U.S. Trustee

/s/ Melissa E. Colonomos