# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**RENASCENT, INC.,**

Debtor.

Case No. **10-62358-11**

# *O R D E R*

At Butte in said District this 8th day of November, 2011.

Upon review of the Debtor's motion to continue hearings, filed on November 7, 2011, and it appearing therein that counsel for the U.S. Trustee, Bank of America, and Sullway Construction/Anaconda Deer Lodge County all consent, the Court finds that the motion is filed for good cause and should be granted.

**IT IS ORDERED** Debtor's motion for continuance of hearings and consolidation with Chapter 11 Plan confirmation, filed November 7, 2011 (Docket No. 200) is **GRANTED**; the hearings scheduled to be held in this case on November 10, 2011, on approval of the Debtor's Disclosure Statement and on the joint motion to modify stay filed by Sullway Construction and Anaconda Deer Lodge County are continued; and **NOTICE IS HEREBY GIVEN** the hearing on final approval of the Debtor's Disclosure Statement and on the joint motion to modify stay filed by Sullway Construction/Anaconda Deer Lodge County, and objections thereto will be held on **Thursday, December 8, 2011, at 10:00 a.m.**, or as soon thereafter as counsel can be heard,

1

in the **BANKRUPTCY COURTROOM #200A, RUSSELL SMITH COURTHOUSE, 201 E. BROADWAY, MISSOULA, MT.**

   **IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN:**

   A. the Debtor's Amended Disclosure Statement filed August 31, 2011 (Dkt. 159), is preliminarily approved subject to Bank of America's continuing objection and a hearing on final approval;

   B. Within 5 days after the entry of this Order, Debtor's attorney shall transmit a copy of this Order, the Debtor's Chapter 11 Plan (Dkt. 158), the approved Amended Disclosure Statement, and a ballot conforming substantially to the appropriate official form as approved by the Court, by mail to creditors, equity security holders, the United States Trustee, and other parties in interest as provided in F.R.B.P. 3017(d). Debtor's attorney shall file a certificate of service within 10 days.

   C. The hearing on final approval of Debtor's Amended Disclosure Statement, and the hearing on confirmation of the Debtor's Amended Chapter 11 Plan (Dkt. 158) (hereinafter "Plan"), filed August 31, 2011, shall be held on **Thursday, December 8, 2011, at 10:00 a.m.**, or as soon thereafter as counsel can be heard, in the in the **BANKRUPTCY COURTROOM #200A, RUSSELL SMITH COURTHOUSE, 201 E. BROADWAY, MISSOULA, MT.**

   D. Pursuant to F.R.B.P. 3020(b)(1), **Friday, December 2, 2011**, is fixed as the last day for filing and serving written objections to final approval of the Amended Disclosure Statement and objections to confirmation of the Plan, and for filing written acceptances or rejections of the Plan. A copy of any objection to confirmation shall be mailed to counsel for the proponent at the address listed on the Plan, to the United States Trustee at: Office of the United States Trustee,

301 Central Avenue, Suite 204, Great Falls, Montana 59401, and to counsel (or chairperson) of the official committee of unsecured creditors, if any; and the parties shall file and exchange witness lists and exhibits at least three (3) business days before trial or be subject to denial of witness testimony or admission of exhibits by the Court.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana